In the Matter of the Claim of JOSEPH MURRAY, Respond-
    ent, against H. P. CUMMINGS CONSTRUCTION COMPANY
    et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's compensation — paralysis resulting from cerebral hemorrhage
— award affirmed.*

*Murray* v. *Cummings Constr. Co.*, 197 App. Div. 903, affirmed.
(Submitted October 6, 1921; decided October 25, 1921.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
May 11, 1921, affirming an award of the state industrial

commission made under the Workmen's Compensation Law. Claimant suffered paralysis of the left side of the body while he was engaged at his work in the employment of the H. P. Cummings Construction Company. He contended that his condition resulted from a cerebral hemorrhage . caused by excessive physical exertion and extremely high temperature. The employer contended that it was a case of thrombosis or a cerebral hemorrhage due to hardening of the arteries and heightened blood pressure. The commission found that the paralysis resulted from a cerebral hemorrhage produced by extraordinary exertion and unusual strain and excessive heat, which accelerated pulsation that intensified the blood pressure and ruptured an artery in the brain.

*Walter L. Glenney* and *Bertrand L. Pettigrew* for . appellants.

*Edward H. Gilhouse* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.